**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ana Teresa ORTEGA, Defendant–Appellant.**

No. 04–51106.

United States Court of Appeals,
Fifth Circuit.

Decided June 10, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Bernard W. Campion, Campion & Campion, San Antonio, TX, for Defendant–Appellant.

---

Before JOLLY, HIGGINBOTHAM, and SMITH, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellants unopposed motion to remand case to the United States District Court for the Western District of Texas, San Antonio Division, for resentencing is GRANTED;

IT IS FURTHER ORDERED that appellants unopposed motion in the alternative to extend time to file appellants brief until ten (10) days from the Courts denial of appellants motion to remand case is DENIED AS MOOT.